AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, on behalf of itself and all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>BANK OF AMERICA, N.A., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BARCLAYS CAPITAL INC., BNP PARIBAS SECURITIES CORP., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., HSBC SECURITIES (USA) INC., HSBC BANK PLC, J.P. MORGAN SECURITIES LLC, J.P. MORGAN CHASE BANK, N.A., NOMURA SECURITIES INTERNATIONAL, INC., TD SECURITIES (USA) LLC, and WELLS FARGO SECURITIES, LLC,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* (See attached rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel L. Brockett
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> Tel: 212-849-7000 (Fax: 212-849-7100)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/27/2019

/S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Rider to Summons**

**Defendants' Names and Addresses**

1. Bank of America, N.A.
   100 North Tryon Street, Suite 170, Charlotte, NC 28202

2. Merrill Lynch, Pierce, Fenner & Smith Inc.
   4 World Financial Center, New York, NY 10080

3. Barclays Capital Inc.
   745 Seventh Avenue, New York, NY 10019

4. BNP Paribas Securities Corp.
   787 Seventh Avenue, New York, NY 10019

5. Citigroup Global Markets Inc.
   88 Greenwich Street, New York, NY 10013

6. Deutsche Bank Securities Inc.
   60 Wall Street, 4th Floor, New York, New York

7. HSBC Securities (USA) Inc.
   454 Fifth Avenue, New York, NY 10018

8. HSBC Bank plc
   8 Canada Square, London E14 5HQ, United Kingdom

9. J.P. Morgan Securities LLC
   883 Madison Avenue, New York, NY 10179

10. J.P. Morgan Chase Bank, N.A.
    4 New York Plaza, New York, NY 10004

11. Nomura Securities International, Inc.
    Worldwide Plaza, 309 West 49th Street, New York, NY 10019

12. TD Securities (USA) LLC
    31 West 52nd Street, New York, NY 10019

13. Wells Fargo Securities, LLC
    550 South Tryon Street, Charlotte, NC 28202