UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, *on behalf of themselves and all others similarly situated*,<br><br>                             Plaintiff,<br><br>   -against-<br><br>BOFA SECURITIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BARCLAYS CAPITAL INC., BNP PARIBAS SECURITIES CORP., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., FTN FINANCIAL SECURITIES CORP., GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, AND UBS SECURITIES LLC<br><br>                             Defendants. | Case No. 1:19-cv-01796-JSR<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Thomas J. Lepri of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Plaintiff Alaska Electrical Pension Fund in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 27, 2019

                                        By: /s/ Thomas J. Lepri
                                            Thomas J. Lepri
                                            Quinn Emanuel Urquhart & Sullivan LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, New York 10010
                                            Tel:   (212) 849–7000
                                            Fax:   (212) 849–7100
                                            Email: thomaslepri@quinnemanuel.com

                                            *Attorney for Plaintiff Alaska Electrical Pension Fund and the Proposed Class*