| | |
|---|---|
| **IN RE GSE BONDS ANTITRUST LITIGATION**<br><br>**This document relates to:**<br><br>**ALL ACTIONS** | **Case No.: 1:19-cv-01704 (JSR)** |

# NOTICE IN SUPPORT OF THE APPLICATION OF QUINN EMMANUEL URQUHART AND SULLIVAN, LLP AND ROBBINS GELLER RUDMAN AND DOWD, LLP, FOR APPOINTMENT AS CO-LEAD COUNSEL

Abraham, Fruchter & Twersky, LLP ("AF&T") respectfully submits this notice in support of the application of Quinn Emmanuel Urquhart and Sullivan, LLP ("Quinn Emmanuel") and Robbins Geller Rudman & Dowd ("Robbins Geller" or "RGRD") for appointment as Co-Lead Counsel.

AF&T is a highly qualified law firm with the resources, experience and qualifications necessary to serve in a leadership capacity in this matter. AF&T has a long history of successfully managing complex class actions and is highly regarded by counsel, and courts. *See Utesch v. Lannett Company et al.*, Docket No. 2:16-cv-05932 ECF No. 53 (E.D. Pa.) (appointing AF&T lead counsel and noting that AF&T is "highly experienced in prosecuting securities class actions vigorously and efficiently"). In addition to being capable of serving in such a role, AF&T represents two institutional clients, the Police Retirement System of St. Louis, and the Puerto Rico Government Employees and Judiciary Retirement Systems Administration, which are both ideally suited for a significant role in the above-captioned litigation.

Based upon AF&T's litigation experience, together with the unique circumstances of this action and the investigation conducted, AF&T and its clients hereby state their support for the leadership application of Quinn Emmanuel and Robbins Geller. They have already dedicated

substantial resources to this case, which is apparent in their thorough and comprehensive Complaint. *See Alaska Electrical Workers Pension Fund v. Bank of America*, Docket No. 1:19-cv-01796 ECF No. 53 (S.D.N.Y.). Indeed, the investigation of Quinn Emmanuel and Robbins Geller into the misconduct in the GSE bond market provides the most complete picture of the Defendants' wrongdoing, beyond the allegations set forth in any competing complaint reviewed by AF&T. *See* ECF No. 101.

Finally, both Quinn Emmanuel's and Robbins Geller's experience in large complex class action litigation and specifically in antitrust litigation provides an invaluable benefit to the Class. AF&T believes that both firms are well supported and fully qualified to lead this litigation on behalf of the Class.

DATED: April 11, 2019

By: /s/Mitchell M.Z. Twersky
Mitchell M.Z. Twersky
Atara Hirsch
Matthew E. Guarnero
**ABRAHAM FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel.: (212) 279-5050
Fax: (212) 279-3655
MTwersky@aftlaw.com
AHirsch@aftlaw.com
Mguarnero@aftlaw.com

*Counsel for the Police Retirement System of St. Louis and the Puerto Rico Government Employees and Judiciary Retirement Systems Administration*