UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1704 (JSR) |
| ALASKA ELECTRICAL PENSION FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BOFA SECURITIES, INC., et al., <br><br> Defendants. | 19-cv-1796 (JSR) |
| DEERFIELD BEACH MUNICIPAL FIREFIGHTERS' PENSION TRUST FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1900 (JSR) |

```
-------------------------------------
| LINCOLNSHIRE POLICE PENSION       |
| FUND,                             |
|                                   |
|              Plaintiff,           |      19-cv-2045 (JSR)
|                                   |
|         -against-                 |
|                                   |
| BANK OF AMERICA, N.A., et al.,    |
|                                   |
|              Defendants.          |
-------------------------------------

-------------------------------------
| JOSEPH M. TORSELLA,               |
|                                   |
|              Plaintiff,           |      19-cv-2438 (JSR)
|                                   |
|         -against-                 |
|                                   |
| BANK OF AMERICA, N.A., et al.,    |
|                                   |
|              Defendants.          |
-------------------------------------

-------------------------------------
| INTERNATIONAL ASSOCIATION OF      |
| HEAT AND FROST INSULATORS AND     |
| ALLIED WORKERS LOCAL NO. 14       |      19-cv-2661 (JSR)
| PENSION AND HEALTH AND WELFARE    |
| FUNDS,                            |
|                                   |
|              Plaintiff,           |
|                                   |
|         -against-                 |
|                                   |
| BANK OF AMERICA, N.A., et al.,    |
|                                   |
|              Defendants.          |
-------------------------------------
```

```
------------------------------------
| DALLAS AREA RAPID TRANSIT        |
| EMPLOYEES' DEFINED BENEFIT       |
| RETIREMENT PLAN AND TRUST, et    |     19-cv-2715 (JSR)
| al.,                             |
|                                  |
|        Plaintiffs,               |
|                                  |
|     -against-                    |
|                                  |
| BANK OF AMERICA, N.A., et al.,   |
|                                  |
|        Defendants.               |
------------------------------------

------------------------------------
| UFCW LOCAL 1776 AND              |
| PARTICIPATING EMPLOYERS          |
| PENSION FUND,                    |     19-cv-2755 (JSR)
|                                  |
|        Plaintiff,                |
|                                  |
|     -against-                    |
|                                  |
| BANK OF AMERICA, N.A., et al.,   |
|                                  |
|        Defendants.               |
------------------------------------

------------------------------------
| MAYOR AND CITY COUNCIL OF        |
| BALTIMORE,                       |
|                                  |     19-cv-2900 (JSR)
|        Plaintiff,                |
|                                  |
|     -against-                    |
|                                  |
| BANK OF AMERICA, N.A., et al.,   |
|                                  |
|        Defendants.               |
------------------------------------

------------------------------------
|                                  |
|                                  |     19-cv-1704 (JSR)
| IN RE GSE BONDS ANTITRUST        |
| LITIGATION                       |     ORDER
|                                  |
|                                  |
------------------------------------
```

JED S. RAKOFF, U.S.D.J.

Pursuant to this Court's approval of the distribution of the net settlement fund, see ECF No. 451 on the consolidated docket 19-cv-1074, the Clerk of the Court is instructed to close the dockets in each of the above-captioned cases.

    SO ORDERED.

Dated:   New York, NY

          March 2, 2022                  JED S. RAKOFF, U.S.D.J.